UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARACELI CASANOVA-
LIZARRAGA, a/k/a CLAUDIA
LIZARRAGE a/k/a ARACELI
CASANOVA-GALLARDO,

Defendant.

Case No. 1:12-cr-00198-BLW

**REPORT AND
RECOMMENDATION**

On September 26, 2012, Defendant Araceli Casanova-Lizarraga a/k/a Claudia

Lizarrage a/k/a Araceli Casanova-Gallardo appeared before the undersigned United States

Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The

Defendant executed a waiver of the right to have the presiding United States District

Judge take her change of plea. Thereafter, the Court explained to the Defendant the

nature of the charges contained in the applicable Indictment (Dkt. 13), the maximum

penalties applicable, her constitutional rights, the impact that the Sentencing Guidelines

will have, and that the District Judge will not be bound by the agreement of the parties as

to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, her counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)    The District Court accept Defendant Casanova-Lizarraga's plea of guilty to Count One of the Indictment. (Dkt. 13.)

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: Sept 26 , 2012.

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE

**REPORT AND RECOMMENDATION - 2**